**Order entered April 3, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01029-CR

**COREY LEE HOBBS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-59386-R**

## ORDER

The Court **ORDERS** court reporter Karren Jones to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 53.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Karren Jones, court reporter, and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE